| | |
|---|---|
| PAUL TAUGER (Bar No. 160552) <br> ptauger@addyhart.com <br> **ADDYHART P.C.** <br> 5150 California Street <br> Suite 100 <br> Irvine, CA 92617 <br> (949) 438-3218 <br><br> ROBERT HART (*pro hac vice*) <br> robert@addyhart.com <br> **ADDYHART P.C.** <br> 2025 Guadalupe Street <br> Suite 260 <br> Austin, TX 78705 <br> (949) 337-0568 <br><br> (Additional attorneys on signature page) <br><br> Attorneys for Plaintiff <br> DH International Ltd. | MARK FOWLER (Bar No. 124235) <br> mark.fowler@us.dlapiper.com <br> **DLA PIPER LLP (US)** <br> 3203 Hanover Street, Suite 100 <br> Palo Alto, CA  94304 <br> Telephone: 650.833.2000 <br> Facsimile: 650.833.2001 <br><br> SEAN CUNNINGHAM (Bar No. 174931) <br> ERIN GIBSON (Bar No. 229305) <br> PETER MAGGIORE (Bar No. 292534) <br> sean.cunningham@us.dlapiper.com <br> erin.gibson@us.dlapiper.com <br> peter.maggiore@us.dlapiper.com <br> **DLA PIPER LLP (US)** <br> 4365 Executive Drive, Suite 1100 <br> San Diego, CA  92121-2133 <br> Telephone: 858.677.1400 <br> Facsimile: 858.677.1401 <br><br> (Additional attorneys on signature page) <br><br> Attorneys for Defendant <br> APPLE INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DH INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO.  3:24-cv-06185-TLT <br><br> **JOINT STIPULATION WITH [PROPOSED] ORDER TO STAY CASE PENDING RESOLUTION OF *INTER PARTES* REVIEW PROCEEDINGS** <br><br><br> Dept:   Courtroom 9, 19th Floor <br> Judge: Hon. Trina L. Thompson |

1615146818.2

Pursuant to Civil Local Rule 7-12, Defendant Apple Inc. ("Apple") and Plaintiff DH International Ltd. ("DH International") (collectively, the "Parties") hereby stipulate and respectfully request that the Court stay this case pending the Patent and Trial Board's ("PTAB") resolution of *inter partes* review "(IPR") proceedings challenging the validity of all claims of both asserted U.S. Patent Nos. 7,628,333 (the "'333 Patent") and 9,022,294 (the "'294 Patent") (collectively, the "Asserted Patents") based on the following facts:

1. On September 15, 2023, DH International initiated this action against Apple in the United States District Court for the Western District of Texas (Austin Division) alleging that certain Apple products infringe the Asserted Patents. Apple was served with the Complaint on December 13, 2023. ECF No. 8.

2. On February 20, 2024, Apple filed its Answer denying DH International's claims and asserting defenses of noninfringement and invalidity, among others. ECF No. 15.

3. On July 1, 2024, Apple moved to transfer venue to the Northern District of California pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer"). ECF Nos. 40, 42. On August 30, 2024, Judge Pitman issued an Order granting Apple's Motion to Transfer and transferred this case to the Northern District of California. ECF Nos. 65-66.

4. On August 30, 2024, this Court entered its Order Setting Initial Case Management Conference and ADR Deadlines setting, among other deadlines, an Initial Case Management Conference for December 5, 2024. ECF No. 67.

5. On October 23, 2024, the Parties filed a Joint Motion to Vacate Western District of Texas Procedural Schedule and Enter a Case Management Schedule (ECF No. 70), which remains pending.

6. On September 11, 2024, non-party Google LLC ("Google") filed the following IPR petitions against the Asserted Patents (collectively, "Google IPR Petitions") as follows:

    a. IPR2024-01321 filed by Google challenges claims 1-13 of the '333 patent, has been accorded a filing date of September 11, 2024, and the patent owner's preliminary response to the petition (if any) is due on December 26, 2024.

      b. IPR2024-01322 filed by Google challenges claims 1-20 of the '294 patent, has been accorded a filing date of September 11, 2024, and the patent owner's preliminary response to the petition (if any) is due on December 26, 2024.

7. On November 26, 2024, the Parties filed a Joint Initial Case Management Statement in which Apple stated that, prior to the December 5, 2024 Initial Case Management Conference, Apple intends to file IPR petitions challenging the validity of all claims of the Asserted Patents and that the Parties will also file a Stipulation and Proposed Order to Stay this proceeding pending resolution of Apple's IPR petitions. ECF No. 83 at 3:8-12.

8. On December 3, 2024 Apple filed two IPR petitions against the Asserted Patents (collectively, "Apple IPR Petitions") as follows:

      a. IPR2025-00172 filed by Apple challenges all claims (claims 1-20) of the '294 Patent; and

      b. IPR2025-00173 filed by Apple challenges all claims (claims 1-13) of the '333 Patent.

9. The Parties have conferred and agree a stay at this early stage of the proceedings would promote judicial efficiency and preserve judicial and the Parties' resources as a trial date has not yet been set in this case and the PTAB's institution decisions and final written decisions for the Apple IPR Petitions will likely be issued before trial would be set in this proceeding, and thus a stay may avoid duplicative proceedings and inconsistent outcomes.

Accordingly, in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, and subject to the Court's approval, IT IS HEREBY AGREED AND STIPULATED by and between the Parties hereby stipulate and respectfully request subject to approval by the Court as follows:

1. The Parties agree the above-captioned action should be stayed pending final resolution (e.g., denial of institution of IPR proceedings or, if instituted, a final written decision on the merits of the petition) of the Apple IPR Petitions, including

1615146818.2

-3-

1  any related appeals, and the Parties respectfully request that the Court stay all dates,
2  deadlines, and further proceedings in this case, including the December 5, 2024 Initial
3  Case Management Conference.
4  2. The Parties' Joint Motion to Vacate Western District of Texas Procedural Schedule
5  and Enter a Case Management Schedule (ECF No. 70), which remains pending is
6  now moot, and the Parties respectfully request that the Court deny the Joint Motion as
7  moot.
8  3. The Parties further respectfully request the Court order that the Parties submit a joint
9  status report within fourteen (14) days after the PTAB has issued institution decisions
10  in the Apple IPR Petitions.
11  4. The Parties further respectfully request that, should the PTAB determine to institute
12  proceedings in either of the Apple IPR Petitions, the Court order that the Parties
13  submit a joint status report within fourteen (14) days after the PTAB has issued final
14  written decisions in any of the instituted Apple IPR Petitions.
15  /////
16  /////
17  /////
18  /////
19  /////
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

1615146818.2

Dated: December 3, 2024

| ADDYHART P.C. | DLA PIPER LLP (US) |
|---|---|
| By: /s/ *Paul Tauger* | By */s/ Peter Maggiore* |
| Paul Tauger (Bar No. 160552)<br>ptauger@addyhart.com<br>5150 California Street<br>Suite 100<br>Irvine, CA 92617<br>(949) 438-3218 | Mark Fowler<br>Sean Cunningham<br>Erin Gibson<br>Jessica Hannah<br>Peter Maggiore |
| ROBERT HART (*pro hac vice*)<br>robert@addyhart.com<br>AddyHart P.C.<br>2025 Guadalupe Street<br>Suite 260<br>Austin, TX 78705<br>949.337.0568 | Jessica Hannah (Bar No. 261802)<br>jessica.hannah@us.dlapiper.com<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Telephone: 415.836.2500<br>Facsimile: 415.836.2501 |
| Meredith Martin Addy (*pro hac vice*)<br>meredith@addyhart.com<br>312.320.4200<br>Charles A. Pannell, III (*pro hac vice*)<br>cpannell@addyhart.com<br>770.715.2020<br>AddyHart P.C.<br>10 Glenlake Parkway, Suite 130<br>Atlanta, GA 30328 | Benjamin Yaghoubian (Bar No. 292318)<br>benjamin.yaghoubian@us.dlapiper.com<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4735<br>Telephone: 310.595.3160<br>Facsimile: 310.595.3360 |
| Benjamin M. Cappel (*pro hac vice* to be filed*)<br>benjamin@addyhart.com<br>732.991.7285<br>AddyHart P.C.<br>401 North Michigan Ave.,<br>Suite 1200-1<br>Chicago, IL 60611 | Paul Steadman (*pro hac vice* to be filed)<br>paul.steadman@us.dlapiper.com<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606-0089<br>Telephone: 312.368.2135<br>Facsimile: 312.251.2850 |
| *Attorneys for Plaintiff*<br>*DH International Ltd.* | Attorneys for Defendant<br>Apple Inc. |

-4-

3:24-CV-06185-TLT

1615146818.2

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

*/s/ Peter Maggiore*
Peter Maggiore

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Trina L. Thompson
United States District Court Judge

1615146818.2